NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAYNE F. WIGGINS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3114

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100618-I-1.

---

**ON MOTION**

---

**O R D E R**

Wayne F. Wiggins moves for a 5-day extension of time, until October 28, 2011, to file his response to the Merit Systems Protection Board's motion to strike portions of the Wiggins' appendix and to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**OCT 3 1 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  R. Mark Nasteff, Jr., Esq.
     Michael Carney, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 1 2011

JAN HORBALY
CLERK